AMUSEMENT SECURITIES CORPORATION, Respondent, *v.*
ACADEMY PICTURES DISTRIBUTING CORPORATION et al.,
Appellants, Impleaded with Others.

Submitted March 8, 1938; decided March 15, 1938.

Motions for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 277 N.Y. 557.)

GEORGE GISE et al., Infants, by HANNAH KENNY, Their
Guardian ad Litem, Appellants, *v.* BROOKLYN SOCIETY
FOR THE PREVENTION OF CRUELTY TO CHILDREN,
Respondent.

Submitted March 8, 1938; decided March 15, 1938.

Motion for reargument denied, without costs. (See
276 N. Y. 503.)

DOROTHY A. REDMOND, Respondent, *v.* ALAN FOX,
Appellant, Impleaded with Another.

Submitted March 14, 1938; decided March 15, 1938.

*Harold R. Tullman* for motion.
*I. Bernard Halpern* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion, unless appellant files and
serves undertaking on appeal within ten days, in which
event the motion is denied.